| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | Kenneth K. Lee (Cal. Bar No. 264296) |
|   | klee@jenner.com |
| 3 | L. David Russell (Cal. Bar No. 260043) |
|   | drussell@jenner.com |
| 4 | 633 West 5th Street, Suite 3600 |
| 5 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 239-5172 |
| 6 | Facsimile:   (213) 239-5182 |
| 7 | Dean N. Panos (*pro hac vice* application pending) |
|   | dpanos@jenner.com |
| 8 | 353 N. Clark Street |
|   | Chicago, IL 60654 |
| 9 | Telephone:    (312) 222-9350 |
|   | Facsimile:    (312) 840-7765 |
| 10 | Attorneys for Defendant |
| 11 | Kellogg Company |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA FORD, as an individual, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>   vs.<br><br>KELLOGG COMPANY a Michigan corporation,<br><br>             Defendant. | No. CV 13-2770-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE**<br><br>Current CMC Date:    September 13, 2013<br><br>Time:                         10:00 a.m.<br><br>Judge:                        Honorable Samuel Conti |

STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE

WHEREAS, the Court has scheduled a Case Management Conference for September 13, 2013, at 10:00 a.m. and has required the parties to submit a joint case management conference on or before September 6, 2013 (Dkt. No. 8);

WHEREAS, Defendant filed a motion to dismiss on August 19, 2013 (Dkt. No. 11);

WHEREAS, Plaintiff filed an amended complaint on September 3, 2013 (Dkt No. 14);

WHEREAS, Defendant intends to file a motion to dismiss and notice the hearing for Oct. 25, 2013;

WHEREAS, the parties believe that it would be beneficial if the Court held the Case Management Conference after the hearing date for the Defendant's motion to dismiss and the Court has had an opportunity to clarify what issues, if any, remain in the case;

ACCORDINGLY, IT IS HEREBY STIPULATED through counsel of record, subject to the Court's approval, that the Case Management Conference will be continued to November 15, 2013 at 10:00 a.m., with the joint case management conference statement due November 8, 2013, or another date of the Court's choosing.

A proposed Order is attached hereto.

Dated: September 5, 2013                         JENNER & BLOCK LLP

                                                 By: /s/ Kenneth K. Lee
                                                     Kenneth K. Lee
                                                     Attorneys for Defendant Kellogg Co.


Dated: September 5, 2013                         THE LAW OFFICES OF HOWARD W.
                                                 RUBINSTEIN, P.A.

                                                 By: /s/ Benjamin M. Lopatin
                                                     Benjamin M. Lopatin
                                                     Attorneys for Plaintiff Juliana Ford


# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 09/10/2013 _____        _____
                                                 Honorable
                                                 United States [Judge Samuel Conti]

---

2
STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE