JENNER & BLOCK LLP
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
L. David Russell (Cal. Bar No. 260043)
drussell@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone:   (213) 239-5172
Facsimile:    (213)  239-5182

Dean N. Panos (*pro hac vice* application pending)
dpanos@jenner.com
353 N. Clark Street
Chicago, IL 60654
Telephone:    (312) 222-9350
Facsimile:     (312) 840-7765

Attorneys for Defendant
Kellogg Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANA FORD, as an individual, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>KELLOGG COMPANY a Michigan corporation,<br><br>　　　　　　Defendant. | No. CV 13-2770-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE**<br><br>Current CMC Date:　September 13, 2013<br><br>Time:　　　　　　　10:00 a.m.<br><br>Judge:　　　　　　　Honorable Samuel Conti |

WHEREAS, the Court has scheduled a Case Management Conference for September 13, 2013, at 10:00 a.m. and has required the parties to submit a joint case management conference on or before September 6, 2013 (Dkt. No. 8);

WHEREAS, Defendant filed a motion to dismiss on August 19, 2013 (Dkt. No. 11);

WHEREAS, Plaintiff filed an amended complaint on September 3, 2013 (Dkt No. 14);

WHEREAS, Defendant intends to file a motion to dismiss and notice the hearing for Oct. 25, 2013;

WHEREAS, the parties believe that it would be beneficial if the Court held the Case Management Conference after the hearing date for the Defendant's motion to dismiss and the Court has had an opportunity to clarify what issues, if any, remain in the case;

ACCORDINGLY, IT IS HEREBY STIPULATED through counsel of record, subject to the Court's approval, that the Case Management Conference will be continued to November 15, 2013 at 10:00 a.m., with the joint case management conference statement due November 8, 2013, or another date of the Court's choosing.

A proposed Order is attached hereto.

Dated:  September 5, 2013                                      JENNER & BLOCK LLP

                                                               By: /s/ Kenneth K. Lee
                                                                   Kenneth K. Lee
                                                                   Attorneys for Defendant Kellogg Co.


Dated:  September 5, 2013                                      THE LAW OFFICES OF HOWARD W.
                                                               RUBINSTEIN, P.A.

                                                               By: /s/ Benjamin M. Lopatin
                                                                   Benjamin M. Lopatin
                                                                   Attorneys for Plaintiff Juliana Ford


## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  09/10/2013  _____           _____
                                                          Honorable
                                                          United States

*(Signature stamp: Judge Samuel Conti, United States District Court, Northern District of California)*

---

2

STIPULATION AND [PROPOSED] ORDER MODIFYING THE CASE MANAGEMENT CONFERENCE SCHEDULE